## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DEVIN L. COLEMAN,                               )
                                                )
            Plaintiff,                          )
                                                )
      v.                                        )   C.A. No. 25-93-GBW-LDH
                                                )                    FILED
LT. JOHN GOLDMAN, et al.,                       )
                                                )           JUL 1 4 2026
            Defendants.                         )

U.S. DISTRICT COURT DISTRICT OF DELAWARE

## ORDER AND REPORT AND RECOMMENDATION

At Wilmington this 14th day of July 2026, having reviewed Plaintiff Devin L. Coleman's Letter-Motion to Seal D.I. 10, D.I. 16, and D.I. 17 (D.I. 20), IT IS HEREBY ORDERED that the Letter-Motion is GRANTED consistent with the Court's earlier Order (D.I. 19) because the parties allegedly agreed to keep the terms of their settlement agreement, as discussed in Plaintiff's sealed filings, confidential.

IT IS FURTHER ORDERED that, in view of this Court's September 19, 2025 Order denying Plaintiff's motions to reinstate civil proceedings due to Defendants' alleged breach of the parties' settlement agreement (D.I. 10, 13) without prejudice to Plaintiff filing a new complaint asserting breach of contract claims in a separate civil action, I recommend that the Clerk of Court CLOSE this case.

Dated:  July 14, 2026

_____
United States Magistrate Judge